UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MOSCOSO CHAVEZ, ) | 1:12-cv-01188-LJO-JLT HC |
| Petitioner, ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| v. ) | (Doc. 6) |
| ) | |
| ) | ORDER DISMISSING GROUND ONE IN THE |
| B. WAGNER, Warden, ) | PETITION FOR WRIT OF HABEAS CORPUS |
| ) | (Doc. 1) |
| Respondent. ) | |
| ) | ORDER REFERRING THE CASE BACK TO |
| | THE MAGISTRATE JUDGE FOR FURTHER |
| | PROCEEDINGS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 6, 2012, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that ground one in the petition for writ of habeas corpus be DISMISSED for lack of habeas jurisdiction. (Doc. 6). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties in this case have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 6, 2012 (Doc. 6), is ADOPTED IN FULL;
2. Ground one in the petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
3. The case is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   September 7, 2012**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE